UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| WILLIAM F. STAMPER, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 1:03-CV-373/1:02-CR-86 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### ORDER

In accordance with the accompanying Memorandum, the Court hereby **GRANTS** William F. Stamper's ("Petitioner") § 2255 motion (Court File No. 1) dealing with the issue of ineffective assistance of counsel due to his counsel's failure to file a direct appeal. The Court further **GRANTS** Defendant an out-of-time appeal as the remedy for this ineffective assistance of counsel.

Therefore, the Court **VACATES** Defendant's original judgment and **REIMPOSES** the same sentence. *See Rosinski v. United States*, 459 F.2d 59 (6th Cir. 1972) (per curiam), *accord. Johnson v. United States*, 146 Fed. Appx. 4, *4-*6 (6th Cir. 2005); *see also United States v. Phillips*, 225 F.3d 1198, 1201 (11th Cir. 2000). The Court **WILL ENTER** an Amended Judgment.

Petitioner is hereby notified of the rights associated with an appeal from the sentence the Court reimposes in this Order:

(1)   Petitioner has the right to appeal the reimposed sentence. The Clerk's Office is hereby **ORDERED** to file a notice of appeal for him within **TEN DAYS** from the entry of the Amended Judgment, in accordance with Fed. R. Crim. P. 4(b)(1)(A)(i).

(2)    If Petitioner cannot afford counsel to represent him on appeal, he should make a request and the Court will appoint counsel to represent him.

As for Petitioner's remaining claims, the Court **DISMISSES** them **WITHOUT PREJUDICE**.

**SO ORDERED.**

**ENTER:**

/s/ _____
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**