UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 1:02-CR-86 |
| v. | ) | *Collier* |
| | ) | |
| WILLIAM F. STAMPER, | ) | |
| *a.k.a.* "Blue" | ) | |
| | ) | |

## O R D E R

For the reasons set forth in the accompanying memorandum, the Court hereby **DENIES** Defendant William F. Stamper's, a.k.a. "Blue", *pro se* motion pursuant to Fed. R. Crim. P. 41(g) for return of certain property (Court File No. 37).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**